Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS DORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>FIVE9, INC., MIKE BURKLAND, ROWAN TROLLOPE, DAVID WELSH, MICHAEL J. BURDIEK, KIMBERLY ALEXY, JACK ACOSTA, DAVE DEWALT, ROBERT ZOLLARS, SUE BARSAMIAN, and ANA PINCZUK,<br><br>    Defendants. | Case No: 1:21-cv-05187-LDH-CLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dennis Dorman hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: October 20, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600

2

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on October 20, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 20, 2021                              /s/ Daniel Sadeh
                                                              Daniel Sadeh